# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Shirley R. Hardin,

    Plaintiff,　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　3:11-cv-621-GCM

Anson County Health Department and
Francis Kateh,

    Defendants.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 8, 2011 Order.

                                    Signed: December 8, 2011

                                    _____
                                    Frank G. Johns, Clerk
                                    United States District Court