# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Shirley R. Hardin,

        Plaintiff,

vs.

Anson County Health Department and
Francis Kateh,

        Defendants.

JUDGMENT IN A CIVIL CASE

3:11-cv-621-GCM

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 8, 2011 Order.

Signed: December 8, 2011

_____
Frank G. Johns, Clerk
United States District Court